IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-47-RLV-DCK

| | |
|---|---|
| MARK CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY; CAMSTAR SYSTEMS, INC. EMPLOYEE BENEFIT PLAN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 7) filed May 4, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 7) is **GRANTED**. Defendant shall have up to and including **May 24, 2011** to answer or otherwise respond to Plaintiff's Complaint.

Signed: May 4, 2011

David C. Keesler
United States Magistrate Judge